UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60268-RAR

**STANISLAV ZALEZHNEV**,

    Plaintiff,

v.

**WONDERWORLD MONTESSORI
ACADEMY CORPORATION**,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S VERIFIED MOTION FOR ATTORNEYS' FEES

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 92] ("Report"), entered on December 17, 2021. The Report recommends that Defendant's Verified Motion for Attorneys' Fees [ECF No. 77] be granted in part and denied in part. *See* Report at 1. The Report properly notified the parties of their right to object to Magistrate Judge Strauss's findings and Plaintiff timely filed objections to the Report on December 31, 2021 [ECF No. 93] ("Objections"). *Id.* at 4.

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed Objections, the Court has conducted a *de novo* review of Magistrate Judge Strauss's legal and factual findings contained within his Report.

Having carefully reviewed Defendant's Verified Motion for Attorneys' Fees [ECF No. 77], the Report, Plaintiff's Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 92] is **AFFIRMED AND ADOPTED**.  Accordingly, Defendant's Verified Motion for Attorneys' Fees [ECF No. 77] is **GRANTED IN PART AND DENIED IN PART**.  Defendant is awarded attorneys' fees in the amount of **$23,546.10**, for which total sum let execution issue forthwith.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of February, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**